> Acknowledged. Case dismissed with prejudice. JRS, DJ, 9/19/24.
>
> Distribution to all counsel of record via CM/ECF.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ROBERT GUFFEY, | ) |
| Plaintiff, | ) |
| v. | ) CAUSE NO: 1:23-cv-01242-JRS-TAB |
| INDIANA DEPARTMENT OF CORRECTION and CHRISTINA REAGLE, in her official capacity, | ) |
| Defendants. | ) |

### JOINT STIPULATION OF DISMISSAL

Plaintiff Robert Guffey and Defendants, Indiana Department of Correction and Christina Reagle, by their respective counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that the above captioned cause be dismissed with prejudice, with each party to bear her/its own attorneys' fees and costs.

Dated: September 17, 2024

Respectfully submitted,
JOHN H. HASKIN & ASSOCIATES

By: *s/ Paul A. Logan*
John H. Haskin
Paul A. Logan
jhaskin@jhaskinlaw.com
plogan@jhaskinlaw.com

*Attorneys for Plaintiff Robert Guffey*

OFFICE OF INDIANA ATTORNEY GENERAL

By: *s/Erica L. Sawyer*
Erica L. Sawyer
Erica.Sawyer@atg.in.gov

*Attorneys for Defendant,
Indiana Department of Correction and Christina Reagle*